B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Goldberg, Michael S. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>35 Sunrise Terrace<br>Wethersfield, CT  06109<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Hartford<br>ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) |
|---|

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>✓ Chapter 7        ☐ Chapter 11 |
|---|

| INFORMATION REGARDING DEBTOR (Check applicable boxes) |
|---|

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>✓ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>✓ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>✓ Other |
|---|---|---|

| VENUE<br><br>✓ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | FILING FEE (Check one box)<br><br>✓ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form<br>specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.]* |
|---|---|

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER<br>OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.) |||
|---|---|---|
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.  ✓ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5)(12/07) - Page 2

Name of Debtor  Goldberg, Michael S

Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| x _[signature]_<br>Signature of Petitioner or Representative (State title)<br>Bruce Weinstein<br>Name of Petitioner<br>Date Signed 11/18/2009<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>By: Bruce Weinstein<br>641 Hermitage Circle<br>Palm Beach Gardens, Florida 33410 | x _[signature]_  11/16/09<br>Signature of Attorney     Date<br>Hinckley, Allen & Snyder LLP<br>Name of Attorney Firm (If any)<br>20 Church Street, Hartford, CT  06103<br>Address<br>(860) 725-6200<br>Telephone No |
| x _[signature]_ — General Partner<br>Signature of Petitioner or Representative (State title)<br>Bruce & Kathleen Weinstein Family, L.P.   11/18/2009<br>Name of Petitioner              Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>By: Bruce Weinstein<br>562 Tepi Drive<br>Southbury, CT 06488<br>(Authorized Agent) | x _[signature]_  11/16/09<br>Signature of Attorney     Date<br>Hinckley, Allen & Snyder LLP<br>Name of Attorney Firm (If any)<br>20 Church Street, Hartford, CT  06103<br>Address<br>(860) 725-6200<br>Telephone No |
| x _____<br>Signature of Petitioner or Representative (State title)<br>McGee Boynton Beach, L.P.<br>Name of Petitioner              Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>By: Michael McGee<br>5 Davison Lane West<br>West Islip, NY 11795<br>(General Partner) | x _____  _____<br>Signature of Attorney     Date<br>Hinckley, Allen & Snyder LLP<br>Name of Attorney Firm (If any)<br>20 Church Street, Hartford, CT  06103<br>Address<br>(860) 725-6200<br>Telephone No |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| See Continuation Sheet 1 | | |
| See Continuation Sheet 1 | | |
| See Continuation Sheet 1 | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __Goldberg, Michael S.__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____<br>Signature of Petitioner or Representative (State title)<br>**Bruce Weinstein** | x_____  Date<br>Signature of Attorney<br>Hinckley, Allen & Snyder LLP |
|---|---|
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any)<br>20 Church Street, Hartford, CT 06103 |
| Name & Mailing            By: Bruce Weinstein<br>Address of Individual      641 Hermitage Circle<br>Signing in Representative   Palm Beach Gardens,<br>Capacity                     Florida 33410 | Address<br>(860) 725-6200<br>Telephone No. |

| x_____<br>Signature of Petitioner or Representative (State title)<br>**Bruce & Kathleen Weinstein Family, L.P.** | x_____  Date<br>Signature of Attorney<br>Hinckley, Allen & Snyder LLP |
|---|---|
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any)<br>20 Church Street, Hartford, CT 06103 |
| Name & Mailing            By: Bruce Weinstein<br>Address of Individual      562 Tepi Drive<br>Signing in Representative   Southbury, CT 06488<br>Capacity                     (Authorized Agent) | Address<br>(860) 725-6200<br>Telephone No. |

| x_/s/ Michael S. McGee (General Partner)____<br>Signature of Petitioner or Representative (State title)  11/18/09<br>**McGee Boynton Beach, L.P.** | x_/s/_____  Date<br>Signature of Attorney               11/18/09<br>Hinckley, Allen & Snyder LLP |
|---|---|
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any)<br>20 Church Street, Hartford, CT 06103 |
| Name & Mailing            By: Michael McGee<br>Address of Individual      5 Davison Lane West<br>Signing in Representative   West Islip, NY 11795<br>Capacity                     (General Partner) | Address<br>(860) 725-6200<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| See Continuation Sheet 1 | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| See Continuation Sheet 1 | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| See Continuation Sheet 1 | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

____ continuation sheets attached

IN RE:  MICHAEL S. GOLDBERG

CONTINUATION SHEET 1

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Bruce Weinstein<br>641 Hermitage Circle<br>Palm Beach Gardens, FL  33410 | Breach of Contract/<br>Restitution/Other | $8,000,000.00<br>Plus interest and costs and expenses |
| Bruce & Kathleen Weinstein Family, L.P.<br>562 Tepi Drive<br>Southbury, CT  06488 | Breach of Contract/<br>Restitution/Other | $1,000,000.00<br>Plus interest and costs and expenses |
| McGee Boynton Beach L.P.<br>5 Davison Lane West<br>West Islip, NY  11795 | Breach of Contract/<br>Restitution/Other | $3,800,000.00<br>Plus interest and costs and expenses |