**UNITED STATES BANKRUPTCY COURT**

**District of Connecticut**

In Re: Michael S Goldberg
Debtor(s)

Case No.: 09–23371
Chapter: 7
Order for Relief Entered: 11/18/09

Social Security No:
Employer Tax I.D. No:

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in the this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the bankruptcy court at the address below on or before:

**6/16/10**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

The proof of claim form is printed on the reverse side of this notice. It may be filed by regular mail.
If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no filing fee for filing a proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**\*Government agencies who wish to file a proof of claim should do so on or before the date listed above or within 180 days after the date the Order for Relief was entered, whichever is the latter.**

Dated: 3/18/10

Address of the Bankruptcy Court
450 Main Street
7th Floor
Hartford, CT 06103

*Deborah S. Hunt*

Clerk, U.S. Bankruptcy Court